**UNITED STATES of America,
Petitioner–Appellee,**

v.

**Albert F. IAQUINTA, Respondent–
Appellant.**

**No. 14–6236.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2014.

Decided: Aug. 15, 2014.

James B. Craven, III, Durham, North Carolina, for Appellant.

Thomas G. Walker, United States Attorney, R.A. Renfer, Jr., Robert J. Dodson, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert F. Iaquinta appeals the district court's order denying his motion for a hearing pursuant to 18 U.S.C.A. § 4247(h) (West 2012 & Supp.2014) to determine whether he should be discharged. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*